THE FIRST NATIONAL BANK OF ITHACA *v.* JOSEPH McGRAW,
Respondent ; EZRA CORNELL, Appellant.

(Argued October 16, 1883 ; decided October 26, 1883.)

*L. E. Warren* for appellant.

*S. D. Halliday* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.